UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

B.A., a Minor, by and through
his Parent and Natural Guardian,
SHEENA SINGH, individually and
on behalf of all other similarly
situated minor children,

     Plaintiff,

v.                              Case No.:  8:26-cv-1192-JLB-AAS

GOPHER RESOURCE, LLC
et al.,

     Defendant.
_____/

## ORDER

Attorney Rebeca Martinez moves for Attorney Hunter J. Shkolnik to be admitted pro hac vice on behalf of the plaintiff. (Doc. 26).

Under Local Rule 2.01(c), M.D. Fla., a lawyer can move for special admission in the Middle District if the lawyer: (1) is not an active member in good standing of The Florida Bar, (2) is a member in good standing of the bar of a United States district court, (3) has not abused the privilege of special admission by maintaining a regular practice of law in Florida, (4) lists each case state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months, and (5) satisfies the requirements for obtaining

1

and maintaining membership in the Middle District bar, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

The motion states Attorney Shkolnik "has not filed more than three Florida pro hac vice applications in this district in the past 365 days, and has no active admissions pro hac vice in Florida state or federal courts." (Doc. 26, p. 2). Attorney Shkolnik's certification makes the same representation. (*Id.* at 6). The motion fails to "lists each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months." Local Rule 2.01(c)(4), M.D. Fla.

In addition, counsel for a moving party must confer with opposing counsel before filing most civil motions. *See* Local Rule 3.01(g), M.D. Fla. It does not appear the defendant's counsel conferred with the plaintiff's counsel prior to filing this motion, and the motion does not include a "Local Rule 3.01(g) Certification." *Id.*

Accordingly, the motion to appear pro hac vice (Doc. 26) is **DENIED without prejudice** for failure to comply with the Local Rules.

**ORDERED** in Tampa, Florida, on June 9, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

3